# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sammartino, Janis L. | Southern District of California | 05/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination ☐ Date  ☐ Initial ✔ Annual ☐ Final  **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

221 W. Broadway, Suite 4194
San Diego, CA 92101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust I |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | City of San Diego Pension | $50,113.73 |
| 2. | 2019 | California State Judges Retirement | $107,722.26 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | California State Judges Retirement |
| 2. | 2019 | PDR Corp. - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. PARENT PLUS LOANS | UNSECURED LOANS FOR COLLEGE TUITION | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  MITEK | | None | J | T | | | | | |
| 2.  FISERV | | None | N | T | | | | | |
| 3.  TEVA | A | Dividend | J | T | | | | | |
| 4.  PRUDENTIAL | A | Dividend | J | T | | | | | |
| 5.  AMERICAN GEN LIFE INS CO POLICY--CASH VALUE | | None | K | T | | | | | |
| 6.  RENTAL PROPERTY #1, SAN DIEGO, CA (TRUST I) | E | Rent | O | W | | | | | |
| 7.  RENTAL PROPERTY #2, DEL MAR, CA | E | Rent | O | W | | | | | |
| 8.  MORGAN STANLEY SELECT UMA, TRADITIONAL IRA (H) | | | | | | | | | |
| 9.  -MS Bank Account | A | Interest | J | T | | | | | |
| 10.  -Mutual Funds: | | | | | | | | | |
| 11.  --Causeway Emerging Mkts Inst | B | Dividend | L | T | Sold (part) | 04/18/19 | K | C | |
| 12. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 13.  --Center Coast MLP Focus I | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 14.  --Delaware Value Instl | B | Dividend | L | T | Buy (add'l) | 04/18/19 | J | | |
| 15. | B | Distribution | | | | | | | |
| 16.  --Edgewood Growth Instl | | None | K | T | Sold (part) | 04/18/19 | J | A | |
| 17.  --Goldman Sachs Multi Mgr Alt I | A | Dividend | L | T | Sold (part) | 04/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --GQG Partners Emrg Mkts Eq Ins | A | Dividend | K | T | Buy | 04/18/19 | J | | |
| 19. --Harding Loevner Intl Eqty Inst | B | Dividend | L | T | Sold (part) | 04/18/19 | J | | |
| 20. --Hartford Midcap I | A | Distribution | J | T | Sold (part) | 04/18/19 | J | A | |
| 21. --Hartford Small Cap Growth I | A | Distribution | J | T | | | | | |
| 22. --JHF Seaport Long/Short Fund I | A | Dividend | K | T | | | | | |
| 23. --JPMorgan Value Advantage I | B | Distribution | L | T | | | | | |
| 24. --Lazard Intl Strat Eq Ptf Inst | B | Dividend | L | T | Sold (part) | 04/18/19 | J | | |
| 25. --Locorr Market Trend I | A | Dividend | K | T | | | | | |
| 26. --Loomis Growth Y | A | Dividend | K | T | Sold (part) | 04/18/19 | J | A | |
| 27. | B | Distribution | | | | | | | |
| 28. --Lyrical US Value Equity Inst | A | Dividend | K | T | Sold (part) | 04/18/19 | J | | |
| 29. | B | Distribution | | | Buy (add'l) | 12/23/19 | J | | |
| 30. --Matthews Asian Japan Inv | A | Dividend | K | T | Sold (part) | 04/18/19 | K | | |
| 31. --Neuberger Intrinsic Value Inst | A | Distribution | J | T | | | | | |
| 32. | A | Dividend | | | | | | | |
| 33. --Nuance Mid Cap Value Instnl | A | Dividend | K | T | | | | | |
| 34. | A | Distribution | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --Pear Tree Polaris Fgn VI I | B | Dividend | L | T | Sold (part) | 04/18/19 | K | | |
| 36. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 37. --Pimco Long Term Credit BD 12 | C | Dividend | L | T | Buy | 04/18/19 | L | | |
| 38. | A | Distribution | | | | | | | |
| 39. --Pimco Short Term I2 | A | Dividend | K | T | | | | | |
| 40. --TortoiseMLP & Pipeline Inst | A | Dividend | K | T | Sold (part) | 04/02/19 | J | A | |
| 41. | | | | | Sold (part) | 04/18/19 | K | A | |
| 42. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 43. TRUST #2 (MS Brokerage Account) (H) | | | | | | | | | |
| 44. -Common Stocks | | | | | | | | | |
| 45. --Alibaba Group Holdg Ltd | | None | K | T | Buy | 12/09/19 | K | | |
| 46. --Apple Inc | A | Dividend | L | T | Buy (add'l) | 01/04/19 | J | | |
| 47. | | | | | Sold (part) | 05/29/19 | L | E | |
| 48. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 49. --Boeing Co | | None | J | T | Buy | 12/09/19 | J | | |
| 50. --Exact Sciences Corp | | None | L | T | Sold (part) | 03/20/19 | J | E | |
| 51. --Facebook Inc | | None | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   --Home Depot Inc | A | Dividend | K | T | | | | | |
| 53.   --Lowes Companies Inc | A | Dividend | | | Sold | 05/23/19 | J | | |
| 54.   --Microsoft Corp | | None | L | T | Buy | 12/09/19 | K | | |
| 55. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 56.   --Tencent Hldgs Ltd Unspon Adr | A | Dividend | J | T | | | | | |
| 57.   -Municipal Bonds: | | | | | | | | | |
| 58.   --Banning CA Util Auth Wastew | B | Interest | | | Redeemed | 11/23/19 | L | | |
| 59.   --Galt Schs Jt Pwrs Auth | B | Interest | L | T | | | | | |
| 60.   --Liberty Calif Un High Sch Dist Ref | B | Interest | K | T | | | | | |
| 61.   --CA St Pub Wks Brd Lease Rev | B | Interest | K | T | | | | | |
| 62.   --CA Health Facs Fing Auth Rev Ser-D | B | Interest | K | T | | | | | |
| 63.   --Los Angeles Community College Dist Ser-G | B | Interest | K | T | | | | | |
| 64.   --Montebello Calif Uni Sch Dis Oid | B | Interest | L | T | | | | | |
| 65.   --Chula Vista Calif Ctfs Part Rev Ref | B | Interest | L | T | | | | | |
| 66.   --El Centro Calif Fing Auth Wtr Rev Ref-A | B | Interest | L | T | | | | | |
| 67.   --California St For Previous Issues See 13 | B | Interest | K | T | | | | | |
| 68.   --Hayward Calif Uni Sch Dis Oid | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   --Cupertino Calif Un Sch Dist Ser-D | B | Interest | L | T | Buy | 03/22/19 | L | | |
| 70.   -Corporate Bonds | | | | | | | | | |
| 71.   --Bank of America Corp 6.1% Fixed | C | Interest | L | T | | | | | |
| 72.   --Bank of America Corp Fxd to 062024 Var Thrafter 5.8750% | C | Interest | L | T | Buy | 12/11/19 | L | | |
| 73.   --Citigroup Inc 6.3% Fixed Div | C | Interest | L | T | | | | | |
| 74.   --ETrade Financial Corp 5.875% | C | Interest | L | T | | | | | |
| 75.   --General Electric Co Fxd to 012021 5.00% | B | Interest | K | T | Buy | 12/11/19 | K | | |
| 76.   --JPMorgan Chase & Co Fxd to 082024 5.00% | B | Interest | K | T | Buy | 12/11/19 | K | | |
| 77.   --JPMorgan Chase & Co Fxd to 102024 6.10% | B | Interest | K | T | Buy | 12/11/19 | K | | |
| 78.   --Wells Fargo & Co Fxd to 062024 5.90% | B | Interest | K | T | Buy | 12/11/19 | K | | |
| 79.   -Mutual Funds | | | | | | | | | |
| 80.   --Catalyst Millburn Hgd Strat C | C | Dividend | L | T | | | | | |
| 81.   --John Hancock Intl Growth C | | None | J | T | | | | | |
| 82.   --MSIF Global Franchise C | B | Distribution | K | T | Buy | 06/21/19 | K | | |
| 83. | A | Dividend | | | | | | | |
| 84.   --Principal Glb Divers Inc C | B | Dividend | K | T | | | | | |
| 85.   -Equity Trusts | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   --Unit First Trust Value Line Target Safety 30 2Q19 | A | Dividend | K | T | Buy | 06/21/19 | K | | |
| 87.   --Unit First Trust S&P Dividend Aristocrats Targe 25 4Q19 | | None | L | T | Buy | 12/11/19 | L | | |
| 88.   --Unit Aam Ubiquitous Strategy 2019-2 | A | Dividend | L | T | Buy | 06/21/19 | L | | |
| 89.   -MS Bank Acct | A | Interest | K | T | | | | | |
| 90.   TRUST #3 (MS Brokerage Account) (H) | | | | | | | | | |
| 91.   -MS Bank account | A | Interest | K | T | | | | | |
| 92.   -Preferred stocks: | | | | | | | | | |
| 93.   --Alabama Power Co 5% | A | Dividend | J | T | | | | | |
| 94.   --Allstate Corp | A | Dividend | | | Sold | 10/15/19 | J | | |
| 95.   --Allstate Corp 6.625%-E | A | Dividend | | | Sold | 10/15/19 | J | | |
| 96.   --Allstate Corp 5.100 H | A | Dividend | J | T | Buy | 08/22/19 | J | | |
| 97.   --Allstate Corp Dep 1/1000-G | A | Dividend | J | T | | | | | |
| 98.   --American International 5.85% | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 99.   --Arch Cap Group Ltd 5.25 | A | Dividend | J | T | | | | | |
| 100.   --Arch Cap Group Ltd 5.45% | A | Dividend | J | T | | | | | |
| 101.   --Axa Equitable Hldg Inc 5.25% | | None | J | T | Buy | 12/04/19 | J | | |
| 102.   --Axis Cap Holdings Ltd 5.5%-E | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Axis Capital Hldgs Ltd 5.5%-D | A | Dividend | | | Sold | 08/28/19 | J | A | |
| 104.  --Bank New York Mellon | A | Dividend | J | T | | | | | |
| 105.  --Bank of Amer Corp 5.375% | A | Dividend | J | T | Buy | 07/23/19 | J | | |
| 106.  --Bank of Amer Corp 5.00% Ser LL | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 107. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 108.  --Bank of America Corp 6%-EE | A | Dividend | J | T | | | | | |
| 109.  --Bank of America Corp 6.2%-CC | A | Dividend | J | T | | | | | |
| 110.  --Bank of America Corp 6.5%-Y | B | Dividend | J | T | Buy (add'l) | 09/27/19 | J | | |
| 111.  --Bank of America Corp 6.625%-W | A | Dividend | | | Redeemed | 09/09/19 | J | | |
| 112.  --Capital One 6.25%-C | A | Dividend | | | Sold | 08/23/19 | J | A | |
| 113.  --Capital One Financial 5%-I Prf | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 114. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 115.  --Capital One Financial Co 6%-H | A | Dividend | J | T | | | | | |
| 116.  --Capital One Finl Corp 6.20%-F | A | Dividend | J | T | | | | | |
| 117.  --Capital One Finl Corp 6.70% -D | A | Dividend | | | Redeemed | 12/02/19 | J | | |
| 118.  --Charles Schwab Corp 5.95%-D | A | Dividend | J | T | | | | | |
| 119.  --Citigroup Inc 6.875%-K | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Citigroup Inc 6.875%-L | A | Dividend | | | Redeemed | 02/12/19 | J | | |
| 121.  --Citigrp Inc 7.125%-J | A | Dividend | J | T | | | | | |
| 122.  --Citizens Fin Group 6.35%-D | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 123.  --Citizens Finl Grp Inc 5.00% E | | None | J | T | Buy | 11/06/19 | J | | |
| 124. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 125.  --Digital Realty Trust 5.850-K | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 126.  --Digital Realty Trust 5.20% SerL | A | Dividend | J | T | Buy | 10/28/19 | J | | |
| 127.  --Digital Realty Trust 7.375%-H | A | Dividend | | | Redeemed | 04/01/19 | J | A | |
| 128.  --Duke Energy Corp 5.75%-A | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 129.  --Federal Rlty Invt 5% Cum Ser C | A | Dividend | J | T | | | | | |
| 130.  --Fifth Third Bancorp 4.95% S-K | A | Dividend | J | T | Buy | 10/28/19 | J | | |
| 131.  --First Rep Bk San Fcsco 5.5%I | A | Dividend | J | T | | | | | |
| 132.  --First Republic Bank 5.125% | A | Dividend | J | T | | | | | |
| 133.  --First Republic Bk 4.7% Ser-J | | None | J | T | Buy | 12/12/19 | J | | |
| 134.  --Goldman Sachs Group Inc 6.3%-N | A | Dividend | J | T | | | | | |
| 135.  --Goldman Sachs Grp Inc 5.5% | B | Dividend | K | T | | | | | |
| 136.  --Goldman Sachs Grp Inc 6.375%-K | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137.  --JPMorgan Chase & Co 5.45%-P | A | Dividend | | | Sold | 04/11/19 | J | A | |
| 138.  --JPMorgan Chase & Co 6.125%-Y | A | Dividend | J | T | Sold (part) | 10/25/19 | J | | |
| 139.  --JPMorgan Chase & Co 6.15% BB | A | Dividend | J | T | | | | | |
| 140.  --JPMorgan Chase & Co 6.3%-W | A | Dividend | | | Redeemed | 09/01/19 | J | A | |
| 141.  --JPMorgan Chase & Co 6.70%-T | A | Dividend | | | Redeemed | 03/01/19 | J | | |
| 142.  --JPMorgan Chase and Co DP Rep P | A | Dividend | J | T | Buy | 12/12/19 | J | | |
| 143. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 144.  --Keycorp 5.625% Ser-G | A | Dividend | J | T | Buy | 05/09/19 | J | | |
| 145. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 146.  --Keycorp 5.65% Ser-F | A | Dividend | J | T | | | | | |
| 147.  --Keycorp 6.125% Ser-E | A | Dividend | J | T | | | | | |
| 148.  --Kimco Realty Corp 5.125% | A | Dividend | | | Sold | 11/06/19 | J | A | |
| 149.  --Kimco Realty | A | Dividend | J | T | | | | | |
| 150.  --Kimco Realty Corp 5.25%-M | A | Dividend | J | T | | | | | |
| 151.  --Morgan Stanley 4.875% Ser-L | A | Dividend | J | T | Buy | 12/12/19 | J | | |
| 152. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 153.  --Morgan Stanley 5.85% | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  --Morgan Stanley 6.625%-G | A | Dividend | J | T | Sold<br>(part) | 11/07/19 | J | A | |
| 155. | | | | | Sold<br>(part) | 11/11/19 | J | A | |
| 156.  --Morgan Stanley 6.875%-F | A | Dividend | J | T | | | | | |
| 157.  --Morgan Stanley 7.125%-E | B | Dividend | K | T | Buy<br>(add'l) | 09/27/19 | J | | |
| 158.  --National Retail Prop 5.7%-E | A | Dividend | | | Redeemed | 10/05/19 | J | A | |
| 159.  --National Retail Prop 5.2%-F | A | Dividend | J | T | | | | | |
| 160.  --New York Cmnty Bc Inc Ser A | A | Dividend | J | T | | | | | |
| 161.  --Northern Trust Corp 4.70% S-E | | None | J | T | Buy | 12/12/19 | J | | |
| 162.  --Peoples United Fin Inc Ser A | A | Dividend | J | T | | | | | |
| 163.  --PNC Finl-P 6.125% FLTS | B | Dividend | K | T | Buy<br>(add'l) | 09/27/19 | J | | |
| 164.  --PS Business Parks Inc 4.875%-Z | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 165. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 166.  --PS Business Parks 5.25%-X | A | Dividend | J | T | | | | | |
| 167.  --PS Business Parks Inc 5.7%-V | A | Dividend | J | T | Sold<br>(part) | 04/01/19 | J | A | |
| 168.  --PS Busnss Prks Inc 5.20% Ser-Y | A | Dividend | J | T | | | | | |
| 169.  --Public Storage 4.875% Ser-I | A | Dividend | J | T | Buy | 10/21/19 | J | | |
| 170.  --Public Storage 5.15%-F | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. --Public Storage 5.60% Ser-H | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 172. --Public Storage 5.20%-W | A | Dividend | | | Sold | 11/12/19 | J | A | |
| 173. --Public Storage 5.20% | A | Dividend | | | Sold | 10/25/19 | J | A | |
| 174. --Public Storage 5.875%-A | A | Dividend | | | Sold | 10/25/19 | J | | |
| 175. --Public Storage 6%-Z | A | Dividend | | | Sold | 05/02/19 | J | A | |
| 176. --Public Storage 6.375%-Y | A | Dividend | | | Redeemed | 03/28/19 | J | | |
| 177. --Regions Financial Co 6.375%-B | A | Dividend | J | T | | | | | |
| 178. --Regions Financial Corp 5.70%-C | A | Dividend | J | T | Buy | 05/09/19 | J | | |
| 179. --Renaissancere Hldgs Ltd Pfd F | A | Dividend | J | T | | | | | |
| 180. --Renaissancere Hlds Ser-E 5.375 | A | Dividend | J | T | | | | | |
| 181. --Schwab Charles Corp Ser C | A | Dividend | J | T | Sold<br>(part) | 10/24/19 | J | A | |
| 182. --Site Centers Corp 6.375% CLA | A | Dividend | J | T | | | | | |
| 183. --Spire Inc 5.90% Ser-A | A | Dividend | J | T | Buy | 06/13/19 | J | | |
| 184. --State St Co 5.90%-D | A | Dividend | J | T | | | | | |
| 185. --State Street Corp 5.350%-G | A | Dividend | J | T | | | | | |
| 186. --State Street Corp 6% SER-E | A | Dividend | | | Redeemed | 12/15/19 | J | | |
| 187. --Synovus Finl Corp Ser E 5.875% | A | Dividend | J | T | Buy | 07/23/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. --Truist Finl Corp Dep Pfd F (name change, was BB&T Corp 5.20%-G) | A | Dividend | J | T | | | | | |
| 189. --Truis Finl Corp Dep Rp Pfd G (name change, was BB&T Corp 5.2%F) | A | Dividend | J | T | | | | | |
| 190. --Truist Finl Corp Dep Rp Pfd H (name change, was BB&T Corp 5.65%) | A | Dividend | J | T | | | | | |
| 191. --US Banccorp | A | Dividend | J | T | | | | | |
| 192. --U.S. Bancorp 5.5%-K | A | Dividend | J | T | | | | | |
| 193. --US Banccorp-F 6.5% Flts | A | Dividend | J | T | | | | | |
| 194. --Vornado Realty TR Ser-L 5.40% | A | Dividend | | | Sold | 10/24/19 | J | A | |
| 195. --Vornado Realty Trust 5.25%-M | A | Dividend | J | T | | | | | |
| 196. --Voya Financial Inc 5.35% Ser-B | A | Dividend | J | T | Buy | 07/23/19 | J | | |
| 197. --Webster Finl Corp Conn Dep S-F | A | Dividend | J | T | | | | | |
| 198. --Wells Fargo & Co 5.5% Ser-X | A | Dividend | J | T | | | | | |
| 199. --Wells Fargo & Co 5.7%-W | A | Dividend | J | T | | | | | |
| 200. --Wells Fargo & Company 5.625%-Y | A | Dividend | J | T | | | | | |
| 201. --Wells Fargo & Company 6.625%-R | A | Dividend | J | T | | | | | |
| 202. --Wells Fargo 5.85-Q | A | Dividend | J | T | | | | | |
| 203. -Fixed Rate Capital Securities: | | | | | | | | | |
| 204. --Hartford finl Svc Grp 7.875% | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  --Senior Hsg Prop Trust 5.625% | A | Interest | | | Sold | 08/26/19 | J | | |
| 206.  --Reinsurance Group America Inc (RZA) | A | Interest | J | T | | | | | |
| 207.  --Ventas Realty LP/Capital Corp 5/45% | A | Interest | | | Redeemed | 01/03/19 | J | | |
| 208.  --Senior Hsg Properties 6.25% | A | Interest | | | Sold | 10/08/19 | J | A | |
| 209.  --Stifel Financial Corp 5.2% | A | Interest | J | T | | | | | |
| 210.  --Allstate Corp. 5.1% | A | Interest | J | T | | | | | |
| 211.  --Prudential Financial Inc 5.70% | A | Interest | | | Sold | 04/03/19 | J | A | |
| 212.  --W.R. Berkley Corp 5.625% | A | Interest | | | Sold<br>(part) | 02/25/19 | J | A | |
| 213. | | | | | Sold | 02/26/19 | J | A | |
| 214.  --Verizon Communications 5.9% (VZA) | A | Interest | | | Redeemed | 03/11/19 | J | | |
| 215.  --American Financial Group | A | Interest | J | T | | | | | |
| 216.  --American Financial Group 6.0% | A | Interest | | | Sold | 11/07/19 | J | A | |
| 217.  --Berkley Corp | A | Interest | J | T | | | | | |
| 218.  --WR Berkley Corp | A | Interest | J | T | | | | | |
| 219.  --Globe Life Inc 6.125 (name change from<br>Torchmark Corp 6.125%) | A | Interest | J | T | | | | | |
| 220.  --Reinsurance Grp of America 5.750% | A | Interest | J | T | | | | | |
| 221.  --WR Berkley Corp 5.7% | A | Interest | J | T | Buy | 02/19/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  --Prudential Financial Inc 5.625% | A | Interest | J | T | | | | | |
| 223.  --Affiliated Managers Group Inc 5.875% | A | Interest | J | T | Buy | 04/03/19 | J | | |
| 224.  --American Financial Group 5.8750 | A | Interest | J | T | Buy | 04/03/19 | J | | |
| 225.  --National Rural Util Coop 5.50% | A | Interest | J | T | Buy | 05/09/19 | J | | |
| 226.  --Entergy Arkansas Inc. 4.75% | A | Interest | | | Sold | 08/01/19 | J | A | |
| 227.  --Entergy Texas Inc 5.625% | A | Interest | | | Sold | 04/22/19 | J | | |
| 228.  --Entergy New Orleans Inc | A | Interest | J | T | | | | | |
| 229.  --Gatx Corp | A | Interest | J | T | | | | | |
| 230.  --Entergy Arkansas Inc 4.875% | A | Interest | J | T | | | | | |
| 231.  --Entergy Louisiana LLC 4.875% | A | Interest | J | T | | | | | |
| 232.  --Entergy Mississippi Inc 4.90% | A | Interest | J | T | | | | | |
| 233.  --AT&T Inc 5.35% | A | Interest | J | T | | | | | |
| 234.  --AT&T 5.625% | A | Interest | J | T | | | | | |
| 235.  --Nextera Energy Capital | A | Interest | J | T | | | | | |
| 236.  --Duke Energy Corp | A | Interest | | | Sold | 06/17/19 | J | | |
| 237.  --Nextera Energy Capital Holdings Inc Ser J | A | Interest | | | Sold | 08/28/19 | J | A | |
| 238.  --Integrys Enegy Grp Inc 6.00% Fixed | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. --The Southern Co 6.25%-A (SOJA) | A | Interest | | | Sold | 09/26/19 | J | A | |
| 240. --DTE Energy Co Jr Deb | A | Interest | J | T | | | | | |
| 241. --Nextera Energy Capital Holdings Inc 5.25% | A | Interest | J | T | | | | | |
| 242. --Dominion Energy Inc 5.25% | A | Interest | J | T | | | | | |
| 243. --The Southern Co 5.25% Ser-A | A | Interest | J | T | | | | | |
| 244. --DTE Energy Co Ser F 6% Pfd | A | Interest | J | T | | | | | |
| 245. --Georgia Power Co 5%-A | A | Interest | J | T | | | | | |
| 246. --DTE Energy Co Ser E 5.25% | A | Interest | J | T | | | | | |
| 247. --The Southern Co 5.25% Ser 2017B | A | Interest | J | T | | | | | |
| 248. --CMS Energy Corp 5.625% | A | Interest | J | T | | | | | |
| 249. --Enbridge Inc 6.375%-B | A | Interest | J | T | | | | | |
| 250. --Duke Energy Corp 5.625% | A | Interest | J | T | | | | | |
| 251. --Algonquin Power & Utilities Corp | A | Interest | J | T | | | | | |
| 252. --Nextera Energy Capital Holdings Inc 5.65% | A | Interest | J | T | Buy | 04/03/19 | J | | |
| 253. --Algonquin Pwr & Utils Corp A | A | Interest | J | T | Buy | 06/13/19 | J | | |
| 254. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 255. -Mutual Funds: | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  --Principal Capital Sec S | E | Dividend | N | T | Buy<br>(add'l) | 03/01/19 | K | | |
| 257. | | | | | Buy<br>(add'l) | 09/27/19 | J | | |
| 258.  TRUST #4 (MS Brokerage Account) (H) | | | | | | | | | |
| 259.  -Morgan Stanley Bank Account | A | Interest | K | T | | | | | |
| 260.  -Common stocks: | | | | | | | | | |
| 261.  --AB Electrolox Spon Adr | | None | | | Sold | 01/15/19 | J | | |
| 262.  --Abbvie Inc Com | A | Dividend | | | Sold | 03/19/19 | J | | |
| 263.  --Abiomed Inc | | None | | | Sold | 03/19/19 | J | B | |
| 264.  --Acadia Healthcare Company Inc | | None | | | Sold | 02/21/19 | J | | |
| 265.  --Accenture PLC Ireland Cl A | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 266.  --Aegon NV Adr | A | Dividend | J | T | Sold<br>(part) | 02/14/19 | J | | |
| 267. | | | | | Sold<br>(part) | 04/17/19 | J | | |
| 268. | | | | | Sold<br>(part) | 11/27/19 | J | | |
| 269.  --Agree Realty Corp | A | Dividend | J | T | | | | | |
| 270.  --Alexandria Real Estate Eq Inc | A | Dividend | J | T | | | | | |
| 271.  --Alexion Pharm Inc | | None | | | Sold | 03/19/19 | J | | |
| 272.  --Allianz Se Ads | A | Dividend | J | T | Buy<br>(add'l) | 07/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 274. --Allstate Corp (X) | A | Dividend | J | T | | | | | |
| 275. --Ally Financial Inc | A | Dividend | J | T | Buy | 06/18/19 | J | | |
| 276. --Alphabet Inc Cl A | | None | | | | | | | |
| 277. --Alphabet Inc Cl C | | None | | | Sold | 03/19/19 | J | D | |
| 278. --Altria Group Inc | A | Dividend | J | T | | | | | |
| 279. --Amazon Com Inc | | None | | | Sold | 03/19/19 | J | D | |
| 280. --Amedisys Inc | | None | J | T | Buy | 03/19/19 | J | | |
| 281. --American Campus Cmmtys Inc | A | Dividend | J | T | | | | | |
| 282. --American Electric Power Co | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 283. --American Express Co | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 284. --American St Water Co Hldg | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 285. --American Tower REIT Com | A | Dividend | J | T | | | | | |
| 286. --Americold Realty Trust | A | Dividend | J | T | Buy | 04/17/19 | J | | |
| 287. --Ameriprise Fincl Inc | A | Dividend | K | T | Buy (add'l) | 02/14/19 | J | | |
| 288. | | | | | Buy (add'l) | 03/20/19 | J | | |
| 289. | | | | | Buy (add'l) | 04/26/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 04/30/19 | J | | |
| 291. | | | | | Sold (part) | 12/23/19 | J | A | |
| 292.  --Amerisourcebergen Corp | A | Dividend | J | T | Buy | 05/22/19 | J | | |
| 293. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 294. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 295. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 296. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 297. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 298.  --Ametek Inc | A | Dividend | | | Sold | 03/19/19 | J | C | |
| 299.  --Amgen Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 300.  --Anglo Amern Plc Sponsored Adr | A | Dividend | J | T | Buy | 05/22/19 | J | | |
| 301. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 302. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 303. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 304.  --ANSYS Inc | | None | J | T | Sold (part) | 03/19/19 | J | C | |
| 305. | | | | | Buy (add'l) | 04/24/19 | J | | |
| 306.  --Apartment Invt & Mgmt Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --Apple Inc | A | Dividend | K | T | Sold (part) | 03/19/19 | J | B | |
| 308. --Arcelormittal Cl A Ny Registry | A | Dividend | | | Sold | 09/26/19 | J | | |
| 309. --Archer Daniels Midland | A | Dividend | | | Buy | 03/19/19 | J | | |
| 310. | | | | | Sold | 11/27/19 | J | | |
| 311. --Assurant Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 312. --AT&T Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 313. --Aust Nz Bk New Adr | A | Dividend | | | Sold | 06/19/19 | J | | |
| 314. --Avalonbay Comm Inc | A | Dividend | J | T | | | | | |
| 315. --Aviva Plc Adr | A | Dividend | J | T | Sold (part) | 01/15/19 | J | | |
| 316. | | | | | Sold (part) | 02/14/19 | J | | |
| 317. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 318. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 319. --Axa Ads | A | Dividend | | | Sold (part) | 07/24/19 | J | | |
| 320. | | | | | Sold | 08/20/19 | J | | |
| 321. --Banco Bilbao Viz Arg Sa Ads | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 322. --Banco Santander Mexico Sa Adr | A | Dividend | | | Sold (part) | 12/23/19 | J | | |
| 323. | | | | | Sold | 12/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  --Bank of America Corp | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 325.  --Barrick Gold Corp | | None | | | Buy | 03/19/19 | J | | |
| 326. | | | | | Sold | 05/22/19 | J | | |
| 327.  --Baxter Intl Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 328. | | | | | Sold (part) | 10/25/19 | J | A | |
| 329.  --Berkshire Hathaway Cl-B New | | None | K | T | Buy (add'l) | 09/04/19 | J | | |
| 330.  --Best Buy Co | A | Dividend | K | T | Sold (part) | 01/15/19 | J | | |
| 331. | | | | | Buy (add'l) | 03/19/19 | J | | |
| 332. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 333. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 334. | | | | | Sold (part) | 11/27/19 | J | A | |
| 335. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 336.  --Biogen Inc Com | | None | J | T | Buy | 03/19/19 | J | | |
| 337.  --Blackrock Inc | A | Dividend | K | T | Buy (add'l) | 03/19/19 | J | | |
| 338.  --BNP Paribas Sp Adr Repstg | A | Dividend | J | T | Sold (part) | 04/17/19 | J | | |
| 339. | | | | | Sold (part) | 05/22/19 | J | | |
| 340. | | | | | Buy (add'l) | 12/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. --Boston Properties Inc. | A | Dividend | J | T | Buy (add'l) | 04/17/19 | J | | |
| 342. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 343. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 344. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 345. --Broadcom Inc | | None | | | Sold | 03/19/19 | J | A | |
| 346. --BT GP Plc Spon Adr | A | Dividend | | | Sold (part) | 02/14/19 | J | | |
| 347. | | | | | Sold | 04/17/19 | J | | |
| 348. --Caci International Inc Cl A | | None | J | T | Buy | 05/30/19 | J | | |
| 349. --Cadence Design System | | None | J | T | Buy | 05/07/19 | J | | |
| 350. --Calif Water Svc Gp Del | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 351. --Camden Property Trust | A | Dividend | J | T | | | | | |
| 352. --Canon Inc ADR New | A | Dividend | | | Sold (part) | 03/20/19 | J | | |
| 353. | | | | | Sold | 04/17/19 | J | | |
| 354. --Cardinal Health Inc | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 355. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 356. --Carnival Cp New Paired Com | A | Dividend | K | T | Buy (add'l) | 03/19/19 | J | | |
| 357. --Caterpillar Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  --Celanese Corp Series A Com stk | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 359. | | | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 360.  --Centerpoint Energy Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 361.  --Chevron Corp | A | Dividend | K | T | Buy<br>(add'l) | 03/19/19 | J | | |
| 362.  --China Mobile Ltd | A | Dividend | J | T | | | | | |
| 363.  --China Pete&Chem Cp Ads | A | Dividend | J | T | Buy<br>(add'l) | 06/18/19 | J | | |
| 364. | | | | | Sold<br>(part) | 12/23/19 | J | | |
| 365.  --Churchill Downs Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 366.  --Ciena Corp New | | None | J | T | Buy | 03/19/19 | J | | |
| 367.  --Cincinnati Financial Ohio | A | Dividend | K | T | Sold<br>(part) | 11/13/19 | J | C | |
| 368.  --Cintas Corp | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 369.  --Cisco Sys Inc | A | Dividend | K | T | Buy<br>(add'l) | 01/30/19 | J | | |
| 370.  --Citigroup Inc New (X) | A | Dividend | J | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 371. | | | | | Buy<br>(add'l) | 02/14/19 | J | | |
| 372.  --Cnooc Ltd Ads | A | Dividend | J | T | Buy | 11/27/19 | J | | |
| 373.  --Coca Cola Co | A | Dividend | J | T | Sold<br>(part) | 03/19/19 | J | | |
| 374.  --Cognizant Tech Solutions | A | Dividend | | | Sold | 03/19/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  --Comcast Corp | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 376.  --Corcept Therapeutics Inc | | None | | | Sold | 01/11/19 | J | | |
| 377.  --Colgate Palmolive Co | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 378.  --Corsite Realty Corp | A | Dividend | J | T | | | | | |
| 379.  --Costco Wholesale Corp New | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 380.  --Crown Castle Intl Corp New Com | B | Dividend | K | T | | | | | |
| 381.  --Cubesmart Com | A | Dividend | J | T | Sold<br>(part) | 02/21/19 | J | A | |
| 382.  --Cummins Inc | A | Dividend | J | T | Buy | 06/18/19 | J | | |
| 383. | | | | | Buy<br>(add'l) | 08/20/19 | J | | |
| 384. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 385. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 386.  --CVS Health Corp Com | | None | J | T | Buy | 11/27/19 | J | | |
| 387.  --Danaher Corp | A | Dividend | J | T | | | | | |
| 388.  --Darden Restaurants | A | Dividend | J | S | Buy | 03/19/19 | J | | |
| 389.  --Delta Air Lines Inc New | A | Dividend | K | T | Buy<br>(add'l) | 04/01/19 | K | | |
| 390.  --Deutsche Lufthansa Adr | A | Dividend | | | Sold | 06/18/19 | J | | |
| 391.  --Diageo Plc Spon Adr New | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 392. --Diamondback Energy Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 393. --Digital Realty Trust Inc | A | Dividend | J | T | | | | | |
| 394. --Discover Financial Services | A | Dividend | | | Sold | 10/22/19 | J | A | |
| 395. --Dominion Energy Inc | A | Dividend | K | T | Buy<br>(add'l) | 06/10/19 | J | | |
| 396. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |
| 397. --Duke Energy Corp New | A | Dividend | | | Sold | 06/10/19 | J | A | |
| 398. --Eastgroup Properties Inc | A | Dividend | J | T | | | | | |
| 399. --Eastman Chemical Company | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 400. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 401. --Ebay Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 402. --Ecolab Inc | A | Dividend | | | Sold | 03/19/19 | J | C | |
| 403. --Ecopetrol S A Sponsored Ads | A | Dividend | J | T | Buy | 05/22/19 | J | | |
| 404. --Edward Lifesciences Corp | | None | J | T | Buy | 03/22/19 | J | | |
| 405. --Eli Lilly & Co | A | Dividend | | | Sold | 03/19/19 | J | B | |
| 406. --Eni Spa Amer Dep Rcpt | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 407. | | | | | Buy<br>(add'l) | 02/14/19 | J | | |
| 408. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  --Eog Resources Inc | A | Dividend | | | Sold | 03/19/19 | J | | |
| 410.  --Epam Systems | | None | | | Sold | 03/19/19 | J | D | |
| 411.  --EPR Pptys Com | A | Dividend | J | T | | | | | |
| 412.  --Equinix Inc Com Par | A | Dividend | J | T | | | | | |
| 413.  --Equity Lifestyle Properties | A | Dividend | J | T | Buy (add'l) | 11/27/19 | J | | |
| 414.  --Essex Property Trust Inc | A | Dividend | J | T | Buy (add'l) | 12/12/19 | J | | |
| 415.  --Euronet Worldwide Inc | | None | J | T | Buy | 03/19/19 | J | | |
| 416.  --Extra Space Storage Inc | A | Dividend | J | T | | | | | |
| 417.  --Facebook Inc Cl-A | | None | J | T | Sold (part) | 03/19/19 | J | B | |
| 418.  --Fairfax Fin Hldg Sub Vtg | A | Dividend | J | T | Buy | 02/14/19 | J | | |
| 419.  --Fastenal Co | A | Dividend | K | T | Sold (part) | 10/07/19 | J | A | |
| 420.  --Fedex Corp | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 421.  --Fedl Rlty Invt Trust S B I | A | Dividend | J | T | | | | | |
| 422.  --Fiat Chrysler Automobiles Nv | A | Dividend | J | T | Buy | 05/22/19 | J | | |
| 423.  --Fidelity Natl Information SE | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 424.  --Fifth 3rd Bancorp Ohio | A | Dividend | | | Sold | 10/22/19 | J | A | |
| 425.  --First Indust Realty Tr Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. --Fleetcor Technologies | | None | J | T | Buy | 05/30/19 | J | | |
| 427. --Fortinet Inc | | None | J | T | Buy (add'l) | 03/19/19 | J | | |
| 428. --Fortive Corp | A | Dividend | | | Sold | 03/19/19 | J | B | |
| 429. --Franklin Resources Inc | A | Dividend | J | T | | | | | |
| 430. --Freeport-McMoran Cl-B | A | Dividend | | | Sold | 08/20/19 | J | | |
| 431. --Fujitsu Ltd Adr New | A | Dividend | J | T | Buy | 09/26/19 | J | | |
| 432. --Gaming & Leisure Pptys Inc Com | A | Dividend | J | T | | | | | |
| 433. --Genl Dynamics Corp | A | Dividend | | | Sold (part) | 04/01/19 | J | B | |
| 434. | | | | | Sold | 05/28/19 | J | A | |
| 435. --Gilead Science | | None | | | Sold | 01/15/19 | J | | |
| 436. --Globus Medical Inc A | | None | | | Sold | 03/19/19 | J | | |
| 437. --Granite Constr Inc | A | Dividend | | | Buy | 03/19/19 | J | | |
| 438. | | | | | Sold | 05/30/19 | J | | |
| 439. --Hartford Fin Sers Grp Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 440. --Hasbro Inc | A | Dividend | | | Sold | 04/01/19 | J | | |
| 441. --Hawaiian Electric Ind | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 442. --Herman Miller Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 443. --Hershey Company | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 444. --Hitachi 10 Com New Adr | A | Dividend | J | T | Buy | 05/22/19 | J | | |
| 445. --Hollyfrontier Corp Com | A | Dividend | | | Sold | 11/27/19 | J | | |
| 446. --Home Depot Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 447. --Honda Motor Company Ltd Adr | A | Dividend | J | T | Buy<br>(add'l) | 02/14/19 | J | | |
| 448. --Honeywell International Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 449. --Host Hotel & Resorts Inc | A | Dividend | J | T | Buy<br>(add'l) | 12/23/19 | J | | |
| 450. --Ill Tool Works Inc. | A | Dividend | | | Sold | 01/30/19 | J | C | |
| 451. --Incyte Corp | | None | | | Sold | 03/19/19 | J | | |
| 452. --Intel Corp | A | Dividend | K | T | Buy<br>(add'l) | 03/19/19 | J | | |
| 453. | | | | | Sold<br>(part) | 04/26/19 | J | | |
| 454. --Intercontinentalexchange Inc | A | Dividend | | | Sold | 03/19/19 | J | C | |
| 455. --Intl Business Machines Corp | A | Dividend | | | Sold | 07/24/19 | J | A | |
| 456. --International Cons Airls Grp | A | Dividend | J | T | Sold<br>(part) | 03/18/19 | J | | |
| 457. | | | | | Sold<br>(part) | 04/17/19 | J | | |
| 458. | | | | | Sold<br>(part) | 05/22/19 | J | | |
| 459. | | | | | Sold<br>(part) | 07/24/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 461. --International Paper Co | A | Dividend | K | T | Buy (add'l) | 03/19/19 | J | | |
| 462. | | | | | Buy (add'l) | 03/20/19 | J | | |
| 463. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 464. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 465. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 466. | | | | | Buy (add'l) | 07/24/19 | J | | |
| 467. --Interpublic Group of Cos Inc | A | Dividend | | | Sold | 04/17/19 | J | | |
| 468. --Intesa Sanpaolo S.P.A. Adr | A | Dividend | J | T | Buy | 06/18/19 | J | | |
| 469. --Intuit Inc | A | Dividend | J | T | Buy | 07/11/19 | J | | |
| 470. --Invitation Homes Inc | A | Dividend | J | T | | | | | |
| 471. --Jernigan Cap Inc | A | Dividend | | | Sold | 07/29/19 | J | | |
| 472. --Johnson & Johnson | A | Dividend | K | T | Buy (add'l) | 03/19/19 | J | | |
| 473. --JPMorgan Chase & Co | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 474. --KB Financial Grp Inc Sons Adr | A | Dividend | J | T | Buy | 07/24/19 | J | | |
| 475. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 476. --Keycorp New | A | Dividend | J | T | Buy | 11/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 477. | | | | | Buy<br>(add'l) | 12/06/19 | J | | |
| 478. --Kinder Morgan Incorp | A | Dividend | J | T | Sold<br>(part) | 03/19/19 | J | | |
| 479. --Kite Rlty Group Tr | A | Dividend | | | Sold<br>(part) | 05/24/19 | J | | |
| 480. | | | | | Sold | 05/29/19 | J | | |
| 481. --KLA Tencor Corp | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 482. --Kohls Corporation Wisc | A | Dividend | J | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 483. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 484. --Koninklijke Ahold Delhaize Nv | A | Dividend | J | T | | | | | |
| 485. --Kroger Co | A | Dividend | J | T | Sold<br>(part) | 08/20/19 | J | | |
| 486. | | | | | Sold<br>(part) | 09/26/19 | J | | |
| 487. --Laboratory Cp Amer Holdgs New | | None | J | T | Buy | 03/19/19 | J | | |
| 488. --Lam Research Corporation | A | Dividend | J | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 489. | | | | | Buy<br>(add'l) | 06/18/19 | J | | |
| 490. --Lear Corp | A | Dividend | J | T | Buy | 02/14/19 | J | | |
| 491. | | | | | Buy<br>(add'l) | 03/20/19 | J | | |
| 492. --Lhc Grp | | None | | | Buy | 02/20/19 | J | | |
| 493. | | | | | Sold | 03/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494.  --Ligand Pharmaceuticals Inc New | | None | | | Sold | 03/19/19 | J | A | |
| 495.  --LKQ Corporation | | None | | | Sold | 03/19/19 | J | | |
| 496.  --Lockheed Martin Corp | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 497.  --Lowes Companies Inc | A | Dividend | K | T | Buy (add'l) | 08/05/19 | J | | |
| 498. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 499.  --LTC Properties Inc | A | Dividend | J | T | | | | | |
| 500.  --Lyondellbasell Nv Cl-A | A | Dividend | J | T | Sold (part) | 07/24/19 | J | | |
| 501. | | | | | Sold (part) | 08/20/19 | J | | |
| 502. | | | | | Sold (part) | 09/26/19 | J | | |
| 503. | | | | | Sold (part) | 10/22/19 | J | | |
| 504.  --M&T Bank Corp | | None | | | Buy | 03/19/19 | J | | |
| 505. | | | | | Sold (part) | 05/07/19 | J | | |
| 506. | | | | | Sold | 05/14/19 | J | | |
| 507.  --Macy's Inc | A | Dividend | | | Sold | 12/23/19 | J | | |
| 508.  --Magna International Inc | A | Dividend | J | T | Buy (add'l) | 01/15/19 | J | | |
| 509. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 510. | | | | | Buy (add'l) | 03/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 511.  --Manpowergroup Inc Com | A | Dividend | J | T | Buy | 06/17/19 | J | | |
| 512.  --Marsh & Mclennan Cos Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 513.  --MDC Holdings Inc | A | Dividend | J | T | Buy | 07/23/19 | J | | |
| 514.  --Merck & Co Inc New Com | A | Dividend | K | T | Buy<br>(add'l) | 03/19/19 | J | | |
| 515.  --Metlife Incorporated | A | Dividend | K | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 516. | | | | | Buy<br>(add'l) | 12/14/19 | J | | |
| 517. | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 518.  --Micron Tech Inc | | None | J | T | Buy | 03/19/19 | J | | |
| 519.  --Microsoft Corp | A | Dividend | K | T | Sold<br>(part) | 03/19/19 | J | D | |
| 520.  --Mid Amer Apart Comm Inc | A | Dividend | J | T | Buy | 10/07/19 | J | | |
| 521.  --Mitsui & Co Ltd Adr | A | Dividend | | | Sold<br>(part) | 04/17/19 | J | | |
| 522. | | | | | Sold<br>(part) | 06/18/19 | J | | |
| 523. | | | | | Sold<br>(part) | 04/24/19 | J | | |
| 524. | | | | | Sold<br>(part) | 08/20/19 | J | | |
| 525. | | | | | Sold<br>(part) | 09/26/19 | J | | |
| 526.  --Mizuho Fncl Inc Spons Adr | | None | | | Sold | 03/20/19 | J | | |
| 527.  --Mobile Telesystems Pjsc | A | Dividend | | | Sold<br>(part) | 01/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528. | | | | | Sold<br>(part) | 02/14/19 | J | | |
| 529. | | | | | Sold<br>(part) | 03/20/19 | J | | |
| 530.  --Moody's Corp | A | Dividend | J | T | Buy | 05/14/19 | J | | |
| 531.  --Morgan Stanley | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 532.  --Natl Instrums Cp | A | Dividend | | | Buy | 03/19/19 | J | | |
| 533. | | | | | Sold | 07/31/19 | J | | |
| 534.  --Nestle Spon Adr Rep Reg Shr | A | Dividend | J | T | | | | | |
| 535.  --Netflix Inc | | None | | | Sold | 03/19/19 | J | B | |
| 536.  --Newmarket Corp | A | Dividend | | | Sold<br>(part) | 01/10/19 | J | | |
| 537. | | | | | Sold<br>(part) | 04/01/19 | J | | |
| 538. | | | | | Sold<br>(part) | 08/05/19 | J | A | |
| 539. | | | | | Sold | 08/06/19 | J | A | |
| 540.  --Nexpoint Resident Tr Inc (X) | A | Dividend | J | T | Buy<br>(add'l) | 11/07/19 | J | | |
| 541.  --Nice Ltd Adr | | None | J | T | Buy | 03/19/19 | J | | |
| 542.  --Nike Inc B | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 543.  --Nippon Telegraph&Telephone Ads | A | Dividend | J | T | Buy<br>(add'l) | 03/20/19 | J | | |
| 544.  --Nissan Mtr Co Ltd Spnd Adr | | None | | | Sold | 02/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545.  --Nomura Hldgs Inc | A | Dividend | | | Sold | 04/17/19 | J | | |
| 546.  --Norfolk Southern Corp | A | Dividend | K | T | | | | | |
| 547.  --ntt Docomo Inc Sp Adr | A | Dividend | J | T | Buy | 03/20/19 | J | | |
| 548. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 549. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 550. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 551.  --Nvidia Corporation | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 552.  --Omnicom Group | A | Dividend | J | T | Sold<br>(part) | 05/22/19 | J | A | |
| 553. | | | | | Sold<br>(part) | 08/20/19 | J | A | |
| 554. | | | | | Sold<br>(part) | 10/22/19 | J | A | |
| 555. --Orix Corp | A | Dividend | | | Sold<br>(part) | 05/22/19 | J | | |
| 556. | | | | | Sold<br>(part) | 06/18/19 | J | | |
| 557. | | | | | Sold | 06/19/19 | J | | |
| 558.  --Pa Rl Est Invt Tr Sbi | | None | | | Sold<br>(part) | 01/31/19 | J | | |
| 559. | | | | | Sold | 02/01/19 | J | | |
| 560.  --Paccar Inc | A | Dividend | J | T | Sold<br>(part) | 04/01/19 | J | | |
| 561.  --Pacira Pharmaceuticals Inc Com | | None | | | Sold | 03/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 562. --Paychex Inc | A | Dividend | K | T | | | | | |
| 563. --Paypal Hldgs Inc Com | | None | | | Sold | 03/19/19 | J | A | |
| 564. --Pepsico Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 565. --Petroleo Brasileiro Sa | A | Dividend | J | T | Buy | 11/27/19 | J | | |
| 566. --Pfizer Inc | A | Dividend | K | T | Buy<br>(add'l) | 09/04/19 | J | | |
| 567. --Philip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 568. --Physicians Realty Trust | A | Dividend | J | T | | | | | |
| 569. --PJSC Lukoil Sponsored Adr | A | Dividend | K | T | Sold<br>(part) | 09/26/19 | J | A | |
| 570. --Posco Ads | A | Dividend | J | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 571. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 572. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 573. --Proofpoint Inc | | None | | | Buy | 03/19/19 | J | | |
| 574. | | | | | Sold | 06/07/19 | J | | |
| 575. --Proctor & Gamble | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 576. --Prudential Financial Inc | A | Dividend | J | T | Sold<br>(part) | 10/22/19 | J | | |
| 577. --Pulte Group Inc | A | Dividend | J | T | Buy | 06/25/19 | J | | |
| 578. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 579. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 580. --Ralph Lauren Corp | A | Dividend | | | Buy | 03/19/19 | J | | |
| 581. | | | | | Sold | 07/19/19 | J | | |
| 582. --Raytheon Co | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 583. --Regency Ctrs Corp | A | Dividend | J | T | Buy | 05/22/19 | J | | |
| 584. | | | | | Buy<br>(add'l) | 06/18/19 | J | | |
| 585. | | | | | Buy<br>(add'l) | 07/24/19 | J | | |
| 586. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 587. --Repsol Sa Spon Adr | A | Dividend | J | T | | | | | |
| 588. --Republic Services Inc | A | Dividend | | | Buy | 03/19/19 | J | | |
| 589. | | | | | Sold | 09/12/19 | J | | |
| 590. --Rio Tinto Plc Spon Adr | B | Dividend | | | Sold<br>(part) | 02/14/19 | J | | |
| 591. | | | | | Sold<br>(part) | 05/22/19 | J | A | |
| 592. | | | | | Sold<br>(part) | 06/18/19 | J | A | |
| 593. | | | | | Sold<br>(part) | 07/24/19 | J | | |
| 594. | | | | | Sold<br>(part) | 08/20/19 | J | | |
| 595. | | | | | Sold<br>(part) | 09/26/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold | 10/22/19 | J | A | |
| 597. --Republic Services Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 598. --Rockwell Automation Inc | A | Dividend | | | Buy | 03/19/19 | J | | |
| 599. | | | | | Sold | 05/30/19 | J | | |
| 600. --Ross Stores Inc | A | Dividend | | | Sold | 03/19/19 | J | D | |
| 601. --Royal Dutch Shell Plc Cl B | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 602. --Sabre Corporation | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 603. --Safehold Inc | A | Dividend | J | T | Buy | 11/08/19 | J | | |
| 604. --Sage Therapeutics Inc | | None | | | Sold (part) | 01/09/19 | J | A | |
| 605. | | | | | Sold | 03/19/19 | J | B | |
| 606. --Salesforce.Com Inc. | | None | | | Sold | 03/19/19 | J | B | |
| 607. --Seagate Technology PLC | A | Dividend | K | T | Sold (part) | 01/15/19 | J | | |
| 608. | | | | | Buy (add'l) | 03/20/19 | J | | |
| 609. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 610. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 611. | | | | | Buy (add'l) | 07/24/19 | J | | |
| 612. | | | | | Sold (part) | 10/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 613. --Service Pptys Tr Sh Ben Int (name change from Hospitality Ppts Tr) | A | Dividend | J | T | | | | | |
| 614. --Simon Ppty Group Inc | A | Dividend | J | T | | | | | |
| 615. --Sinopec Shanghai Petro Ltd ads | | | | | Sold (part) | 05/22/19 | J | | |
| 616. | | | | | Sold | 06/18/19 | J | | |
| 617. --SK Telecom Co | A | Dividend | | | Sold (part) | 09/26/19 | J | | |
| 618. | | | | | Sold (part) | 10/22/19 | J | | |
| 619. | | | | | Sold | 11/27/19 | J | A | |
| 620. --Skyworks Solutions Inc | A | Dividend | J | T | Buy | 10/18/19 | J | | |
| 621. --Sl Green Realty Cp | A | Dividend | J | T | | | | | |
| 622. --Societe Generale Sp Adr | A | Dividend | J | T | Buy (add'l) | 01/15/19 | J | | |
| 623. | | | | | Sold (part) | 05/22/19 | J | | |
| 624. | | | | | Sold (part) | 07/24/19 | J | | |
| 625. | | | | | Sold (part) | 11/27/19 | J | | |
| 626. --Southern Co | A | Dividend | J | T | Buy | 05/22/19 | J | | |
| 627. --Southwest Airlines | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 628. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 629. | | | | | Buy (add'l) | 10/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  --Starbucks Corp Washington | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 631.  --State Street Corp | A | Dividend | J | T | Buy | 07/01/19 | J | | |
| 632.  --Stryker Corp | A | Dividend | J | T | Sold (part) | 03/19/19 | J | B | |
| 633.  --Subaru Corp Unsponsored Adr | A | Dividend | J | T | Buy (add'l) | 01/15/19 | J | | |
| 634. | | | | | Buy (add'l) | 03/19/19 | J | | |
| 635.  --Synchrony Financial | A | Dividend | J | T | Buy (add'l) | 06/18/19 | J | | |
| 636. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 637. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 638.  --Synopsys Inc | | None | J | T | Buy | 03/19/19 | J | | |
| 639.  --T-Mobile US Inc Com | | None | J | T | Buy | 03/19/19 | J | | |
| 640.  --Target Corporation | A | Dividend | K | T | Sold (part) | 01/15/19 | J | A | |
| 641. | | | | | Sold (part) | 02/14/19 | J | A | |
| 642. | | | | | Sold (part) | 03/20/19 | J | B | |
| 643.  --Telstra Corp Ltd Spon Adr | A | Dividend | | | Sold | 09/26/19 | J | A | |
| 644.  --Terreno Rlty Corp Com | A | Dividend | J | T | | | | | |
| 645.  --Tetra Tech Inc | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 646.  --Texas Instruments | A | Dividend | K | T | Buy (add'l) | 04/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 647. --Textron Inc | A | Dividend | J | T | Buy | 01/15/19 | J | | |
| 648. | | | | | Buy<br>(add'l) | 02/14/19 | J | | |
| 649. --Transdigm Group Inc | | None | | | Sold | 03/19/19 | J | C | |
| 650. --Travelers Companies Inc Com | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 651. --Ulta Beauty Inc | | None | | | Sold | 03/19/19 | J | D | |
| 652. --Unilever Plc (New) Ads (Ul) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 653. --United Parcel Ser Inc Cl-B | A | Dividend | K | T | Sold<br>(part) | 10/07/19 | J | | |
| 654. --Unitedhealth Gp Inc | A | Dividend | J | T | Sold<br>(part) | 03/19/19 | J | B | |
| 655. --Upm Kymmene Corp Adr | | None | | | Buy | 05/22/19 | J | | |
| 656. | | | | | Buy<br>(add'l) | 06/18/19 | J | | |
| 657. | | | | | Sold | 08/01/19 | J | A | |
| 658. --VF Corp | A | Dividend | | | Sold | 03/19/19 | J | C | |
| 659. --Vail Resorts | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 660. --Valero Energy CP Dela New | | None | J | T | Sold | 01/15/19 | J | A | |
| 661. | | | | | Buy | 12/23/19 | J | | |
| 662. --Verint Systems Inc | | None | | | Buy | 03/19/19 | J | | |
| 663. | | | | | Sold | 09/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. --Verisign Inc | | None | J | T | Buy | 06/07/19 | J | | |
| 665. --Verisk Analytics Inc Com | A | Dividend | | | Sold | 03/19/19 | J | B | |
| 666. --Verizon Communications | A | Dividend | K | T | | | | | |
| 667. --Vertex Pharmaceuticals | | None | J | T | Buy | 08/22/19 | J | | |
| 668. --Viacom Inc New Class B | A | Dividend | K | T | Buy (add'l) | 02/14/19 | J | | |
| 669. | | | | | Buy (add'l) | 03/19/19 | J | | |
| 670. | | | | | Sold (part) | 03/20/19 | J | | |
| 671. | | | | | Buy (add'l) | 06/18/19 | J | | |
| 672. | | | | | Sold (part) | 11/27/19 | J | | |
| 673. --Vici Properties Inc. | A | Dividend | J | T | Buy | 07/11/19 | J | | |
| 674. --Visa Inc | A | Dividend | | | Sold | 03/19/19 | J | D | |
| 675. --Vornado Realty TR S B I | A | Dividend | J | T | Buy (add'l) | 11/27/19 | J | | |
| 676. | | | | | Buy (add'l) | 12/23/19 | J | | |
| 677. --Walgreens Boots Alliance Inc | A | Dividend | J | T | | | | | |
| 678. --Walmart Inc | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 679. --Walt Disney Co Hldg Co | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 680. --Waste Connections | A | Dividend | | | Sold | 03/19/19 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. --Weingarten Realty Inv SBI | A | Dividend | J | T | | | | | |
| 682. --Wells Fargo & Co New | A | Dividend | K | T | Sold (part) | 07/11/19 | J | | |
| 683. --Welltower Inc | A | Dividend | J | T | | | | | |
| 684. --Western Alliance Bancorp | A | Dividend | J | T | Buy | 10/18/19 | J | | |
| 685. --Western Digital Corporation | A | Dividend | J | T | Buy | 03/20/19 | J | | |
| 686. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 687. --Western Union Co | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 688. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 689. --Westrock Co Com | A | Dividend | J | T | Buy | 07/24/19 | J | | |
| 690. --Weyerhaeuser Co | A | Dividend | J | T | | | | | |
| 691. --Woori Bk | A | Dividend | | | Sold | 08/20/19 | J | | |
| 692. --Woodward Inc Com | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 693. --Wpp Plc Spon New Adr | A | Dividend | J | T | Buy | 06/18/19 | J | | |
| 694. | | | | | Buy (add'l) | 07/24/19 | J | | |
| 695. | | | | | Buy (add'l) | 08/20/19 | J | | |
| 696. --XPO Logistics Inc | | None | | | Sold | 02/19/19 | J | A | |
| 697. --Xylem Inc Com | A | Dividend | J | T | Buy | 03/19/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 698.  --Yum Brands Inc | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 699.  TRUST #5 (MS Brokerage Account) (H) | | | | | | | | | |
| 700.  -MS Bank Account | A | Interest | K | T | | | | | |
| 701.  -Common Stocks: | | | | | | | | | |
| 702.  --3M Company | A | Dividend | | | Sold<br>(part) | 05/03/19 | J | A | |
| 703. | | | | | Sold<br>(part) | 05/30/19 | J | | |
| 704. | | | | | Sold<br>(part) | 06/10/19 | J | | |
| 705. | | | | | Sold | 06/14/19 | J | | |
| 706.  -- A O Smith Corp | A | Dividend | | | Sold | 03/29/19 | J | | |
| 707.  --Abbott Laboratories | A | Dividend | J | T | Sold<br>(part) | 02/07/19 | J | A | |
| 708.  --Abbvie Inc Com | A | Dividend | | | Sold<br>(part) | 01/29/19 | J | A | |
| 709. | | | | | Sold<br>(part) | 02/04/19 | J | A | |
| 710. | | | | | Sold | 08/01/19 | J | A | |
| 711.  --Air Prod & Chem Inc | A | Dividend | K | T | | | | | |
| 712.  --Altria Group Inc | A | Dividend | | | Sold<br>(part) | 01/24/19 | J | | |
| 713. | | | | | Sold<br>(part) | 09/06/19 | J | | |
| 714. | | | | | Sold | 09/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715.  --Amgen Inc | A | Dividend | J | T | Sold (part) | 02/07/19 | J | | |
| 716. | | | | | Sold (part) | 03/07/19 | J | | |
| 717. | | | | | Sold (part) | 07/12/19 | J | A | |
| 718.  --Ansys Inc | | None | K | T | | | | | |
| 719.  --Automatic Data Processing Inc | A | Dividend | J | T | Buy (add'l) | 02/20/19 | J | | |
| 720. | | | | | Buy (add'l) | 03/07/19 | J | | |
| 721. | | | | | Buy (add'l) | 10/11/19 | J | | |
| 722. | | | | | Buy (add'l) | 11/14/19 | J | | |
| 723.  --Bio-Techne Corp | A | Dividend | K | T | Buy (add'l) | 08/13/19 | J | | |
| 724.  --Black Knight Inc | | None | K | T | Buy (add'l) | 04/26/19 | J | | |
| 725.  --Blackbaud Inc | A | Dividend | | | Sold (part) | 04/29/19 | J | A | |
| 726. | | | | | Sold | 04/30/19 | J | A | |
| 727.  --Blackline Inc | | None | K | T | Buy (add'l) | 07/05/19 | J | | |
| 728.  --Blackrock Inc | A | Dividend | J | T | Buy (add'l) | 06/10/19 | J | | |
| 729. | | | | | Buy (add'l) | 07/12/19 | J | | |
| 730.  --Broadcom Inc | A | Dividend | J | T | Buy (add'l) | 09/20/19 | J | | |
| 731.  --Brooks-Automation Inc | A | Dividend | J | T | Sold (part) | 11/04/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732.  --Carmax Inc | | None | J | T | Sold (part) | 04/23/19 | J | | |
| 733.  --Cbre Group Inc | | None | K | T | Buy (add'l) | 08/09/19 | J | | |
| 734.  --Chevron Corp | A | Dividend | J | T | Buy (add'l) | 01/24/19 | J | | |
| 735. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 736.  --Cisco Sys Inc | A | Dividend | K | T | | | | | |
| 737.  --Coca Cola Co | A | Dividend | J | T | Buy | 02/04/19 | J | | |
| 738.  --Comcast Corp (New) Class A | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 739. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 740. | | | | | Buy (add'l) | 04/17/19 | J | | |
| 741.  --Core Laboratories N V | A | Dividend | | | Sold | 08/06/19 | J | | |
| 742.  --Costar Group Inc | | None | K | T | Sold (part) | 03/28/19 | J | B | |
| 743.  --Crown Castle Intl Corp | A | Dividend | J | T | | | | | |
| 744.  --Darden Restaurants | A | Dividend | J | T | Buy | 09/06/19 | J | | |
| 745. | | | | | Buy (add'l) | 09/20/19 | J | | |
| 746.  --Ecolab Inc | A | Dividend | K | T | | | | | |
| 747.  --Eli Lilly & Co | A | Dividend | J | T | Buy (add'l) | 11/14/19 | J | | |
| 748.  --Envestnet Inc | | None | J | T | Buy (add'l) | 10/10/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 749. --Eversource Energy Com | A | Dividend | J | T | Buy | 04/04/19 | J | | |
| 750. --Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 751. --Fastenal Co | A | Dividend | K | T | Sold<br>(part) | 01/25/19 | J | A | |
| 752. --Genesee & Wyoming Inc A | | None | | | Sold | 07/11/19 | J | C | |
| 753. --Hasbro Inc | A | Dividend | | | Sold | 02/20/19 | J | A | |
| 754. --Health Care Svc Grp | A | Dividend | | | Sold<br>(part) | 10/16/19 | J | | |
| 755. | | | | | Sold | 10/18/19 | J | | |
| 756. --Home Depot Inc | A | Dividend | K | T | | | | | |
| 757. --Honeywell International Inc | A | Dividend | K | T | | | | | |
| 758. --HP Inc Com | A | Dividend | | | Sold<br>(part) | 10/11/19 | J | | |
| 759. | | | | | Sold | 10/18/19 | J | | |
| 760. --Ill Tool Works Inc | A | Dividend | J | T | | | | | |
| 761. --Illumina Inc | | None | K | T | Buy<br>(add'l) | 08/15/19 | J | | |
| 762. --Intuitive Surgical Inc | | None | J | T | | | | | |
| 763. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 764. --JP Morgan Chase | A | Dividend | K | T | | | | | |
| 765. --LKQ Corporation | | None | | | Sold<br>(part) | 03/11/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 766. | | | | | Sold<br>(part) | 03/15/19 | J | | |
| 767. | | | | | Sold | 03/26/19 | J | | |
| 768. --Lockheed Martin Corp | A | Dividend | K | T | Buy<br>(add'l) | 05/03/19 | J | | |
| 769. --Lyondellbasell Nv Cl-A | A | Dividend | J | T | | | | | |
| 770. --Markel Corp | | None | K | T | Buy<br>(add'l) | 03/13/19 | J | | |
| 771. | | | | | Buy<br>(add'l) | 03/29/19 | J | | |
| 772. | | | | | Buy<br>(add'l) | 08/07/19 | J | | |
| 773. --Marsh &Mclennan Cos Inc | A | Dividend | J | T | | | | | |
| 774. --Maxim Integrated Products Inc | A | Dividend | J | T | | | | | |
| 775. --Mc Cormick and Co Non Voting | A | Dividend | | | Sold | 02/04/19 | J | | |
| 776. --Mc Donalds Corp | A | Dividend | K | T | | | | | |
| 777. --Medtronic PLC Shs | A | Dividend | J | T | | | | | |
| 778. --Microsoft Corp | A | Dividend | K | T | | | | | |
| 779. --Mondelez Intl Inc Com | A | Dividend | J | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 780. | | | | | Buy<br>(add'l) | 05/17/19 | J | | |
| 781. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 782. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 783. | | | | | Buy<br>(add'l) | 10/04/19 | J | | |
| 784. --Moody's Corp | A | Dividend | K | T | | | | | |
| 785. --Nextera Energy Inc. | A | Dividend | K | T | | | | | |
| 786. --Okta Inc Dl A | | None | J | T | | | | | |
| 787. --Old Dominion Freight Line | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 788. --Oneok Ind | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 789. --Paychex Inc | A | Dividend | J | T | | | | | |
| 790. --Pepsico Inc Nc | A | Dividend | K | T | | | | | |
| 791. --Pfizer Inc | A | Dividend | J | T | Sold<br>(part) | 11/14/19 | J | | |
| 792. --Phillips 66 Com | A | Dividend | J | T | | | | | |
| 793. --PNC Finl Svcs Gp | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 794. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 795. --Prologis Inc Com | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 796. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 797. --Pros Holdg Inc | | None | K | T | Sold<br>(part) | 04/03/19 | J | A | |
| 798. --Qualys Inc Com | | None | J | T | Buy<br>(add'l) | 08/05/19 | J | | |
| 799. --Realty Income Corp | A | Dividend | J | T | Buy<br>(add'l) | 02/04/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. --Roper Technologies, Inc | A | Dividend | K | T | | | | | |
| 801. --SBA Communications Corp | A | Dividend | K | T | | | | | |
| 802. --SEI Investments Co | A | Dividend | | | Sold (part) | 04/22/19 | J | A | |
| 803. | | | | | Sold (part) | 04/24/19 | J | A | |
| 804. | | | | | Sold | 12/04/19 | J | A | |
| 805. --Sempra Energy | A | Dividend | J | T | | | | | |
| 806. --Simon Ppty Group Inc | A | Dividend | J | T | Buy (add'l) | 01/24/19 | J | | |
| 807. --Starbucks Corp Washington | A | Dividend | J | T | | | | | |
| 808. --Sysco Corp | A | Dividend | J | T | Buy | 05/30/19 | J | | |
| 809. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 810. | | | | | Buy (add'l) | 06/11/19 | J | | |
| 811. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 812. --Teleflex Inc | A | Dividend | J | T | | | | | |
| 813. --Texas Instruments | A | Dividend | K | T | Sold (part) | 08/01/19 | J | A | |
| 814. --Transdigm Group Inc | B | Dividend | K | T | | | | | |
| 815. --Transunion | A | Dividend | | | Sold (part) | 12/18/19 | J | B | |
| 816. | | | | | Sold | 12/31/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817.  --Trimble Inc | | None | J | T | Sold (part) | 04/29/19 | J | A | |
| 818.  --Truist Finl Corp (name change from BB&T Corp) | A | Dividend | K | T | | | | | |
| 819.  --Twilio Inc Cl A | | None | J | T | Buy | 11/01/19 | J | | |
| 820.  --Tyler Technologies Inc | | None | K | T | Sold (part) | 10/09/19 | J | B | |
| 821. | | | | | Sold (part) | 10/25/19 | J | A | |
| 822. | | | | | Sold (part) | 11/29/19 | J | B | |
| 823. | | | | | Sold (part) | 12/04/19 | J | A | |
| 824. | | | | | Sold (part) | 12/31/19 | J | B | |
| 825.  --U S Bancorp Com New | A | Dividend | J | T | Buy (add'l) | 05/17/19 | J | | |
| 826.  --Valero Energy Cp Dela New | A | Dividend | J | T | | | | | |
| 827.  --Veeva Sys Inc Cl A | | None | J | T | Buy | 10/03/19 | J | | |
| 828. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 829.  --Verisk Analytics Inc Com | A | Dividend | K | T | | | | | |
| 830.  --Vulcan Materials Co | A | Dividend | K | T | Buy | 02/12/19 | J | | |
| 831. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 832. | | | | | Buy (add'l) | 04/25/19 | J | | |
| 833. | | | | | Buy (add'l) | 06/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 834. --Waste Connections Inc | A | Dividend | K | T | Buy<br>(add'l) | 12/19/19 | J | | |
| 835. --WEC Energy Group Inc Com | A | Dividend | J | T | Sold<br>(part) | 04/04/19 | J | A | |
| 836. --Wells Fargo & Co New | A | Dividend | J | T | Buy | 12/18/19 | J | | |
| 837. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 838. --Williams Co Inc | A | Dividend | J | T | | | | | |
| 839. TRUST #6 (MS Brokerage Account) (H) | | | | | | | | | |
| 840. -MS Bank Account | A | Interest | K | T | | | | | |
| 841. -Common Stocks: | | | | | | | | | |
| 842. --3M Company | A | Dividend | J | T | | | | | |
| 843. --Abbott Laboratories | A | Dividend | J | T | Buy | 10/15/19 | J | | |
| 844. --Accenture Plc Ireland Cl A | A | Dividend | J | T | Buy<br>(add'l) | 06/25/19 | J | | |
| 845. --Allstate Corp | A | Dividend | J | T | Buy | 06/25/19 | J | | |
| 846. --Altria Group Inc | A | Dividend | | | Sold<br>(part) | 01/22/19 | J | | |
| 847. | | | | | Sold | 01/29/19 | J | | |
| 848. --Ameren Corp (Hldg Co) | A | Dividend | J | T | | | | | |
| 849. --American Electric Power Co | A | Dividend | | | | | | | |
| 850. --Apple Inc | A | Dividend | J | T | Sold<br>(part) | 05/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. --AT&T Inc. | A | Dividend | J | T | | | | | |
| 852. --Automatic Data Processing Inc | A | Dividend | J | T | | | | | |
| 853. --Bank of America Corp | A | Dividend | J | T | Buy (add'l) | 06/25/19 | J | | |
| 854. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 855. --Bank of New York Mellon Corp | A | Dividend | | | Sold | 06/25/19 | J | | |
| 856. --Baxter Intl Inc | A | Dividend | J | T | | | | | |
| 857. --Blackrock Inc | A | Dividend | J | T | | | | | |
| 858. --Boeing Inc | A | Dividend | | | Sold | 05/14/19 | J | | |
| 859. --Bristol Meyers Squibb Co | A | Dividend | J | T | Buy (add'l) | 09/17/19 | J | | |
| 860. --Broadcom | A | Dividend | J | T | | | | | |
| 861. --Chevron Corp | A | Dividend | J | T | | | | | |
| 862. --Chubb Ltd | A | Dividend | J | T | | | | | |
| 863. --Cisco Sys Inc | A | Dividend | J | T | | | | | |
| 864. --CME Group Inc | A | Dividend | J | T | | | | | |
| 865. --CMS Energy CP | A | Dividend | J | T | | | | | |
| 866. --Comcast Corp (New) Class A | A | Dividend | J | T | | | | | |
| 867. --Conocophillips | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 868. --Crown Castle Intl Corp | A | Dividend | J | T | | | | | |
| 869. --Cummins Inc | A | Dividend | J | T | | | | | |
| 870. --Deere & Co | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 871. --Digital Realty Trust Inc. | A | Dividend | J | T | Sold<br>(part) | 04/01/19 | J | | |
| 872. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 873. --Dominion Energy Inc | A | Dividend | J | T | | | | | |
| 874. --Dow Inc (prev listed as Dowdupont Inc) | A | Dividend | J | T | Buy<br>(add'l) | 05/14/19 | J | | |
| 875. --Dupont De Nemours Inc (spin off Dowdupont Inc) | A | Dividend | | | Sold | 10/15/19 | J | | |
| 876. --Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 877. --Eversource Energy Com | A | Dividend | J | T | | | | | |
| 878. --Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 879. --General Mtrs Co | A | Dividend | | | Sold<br>(part) | 09/17/19 | J | A | |
| 880. | | | | | Sold | 12/27/19 | J | A | |
| 881. --Genl Dynamics Corp | A | Dividend | | | Sold | 12/10/19 | J | | |
| 882. --Gilead Science | A | Dividend | J | T | | | | | |
| 883. --Hershey Company | A | Dividend | J | T | | | | | |
| 884. --Home Depot Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 885. --Honeywell International Inc | A | Dividend | J | T | | | | | |
| 886. --Ingersoll-Rand Plc Shs | A | Dividend | J | T | | | | | |
| 887. --Intel Corp | A | Dividend | J | T | | | | | |
| 888. --International Business Machines Corp | A | Dividend | J | T | Buy<br>(add'l) | 01/29/19 | J | | |
| 889. --Johnson & Johnson | A | Dividend | J | T | Sold<br>(part) | 07/23/19 | J | | |
| 890. | | | | | Sold<br>(part) | 10/29/19 | J | | |
| 891. --JPMorgan Chase & Co | A | Dividend | J | T | Sold<br>(part) | 11/12/19 | J | A | |
| 892. --Kellogg Co | | None | | | Sold | 02/19/19 | J | | |
| 893. --Kimberly Clark Corp | A | Dividend | J | T | | | | | |
| 894. --Kla Corporation (prev listed as Kla Tencor Corp) | A | Dividend | J | T | | | | | |
| 895. --Lam Research Corporation | A | Dividend | J | T | | | | | |
| 896. --Lockheed Martin Corp | A | Dividend | J | T | Buy<br>(add'l) | 12/27/19 | J | | |
| 897. --Lyondellbasell Nv | A | Dividend | | | Sold | 05/14/19 | J | A | |
| 898. --M&T Bank Corp | A | Dividend | J | T | Buy | 01/22/19 | J | | |
| 899. --Marsh & Mclennan Cos Inc | A | Dividend | J | T | | | | | |
| 900. --Mc Donalds Corp | A | Dividend | J | T | | | | | |
| 901. --Medtronic Plc Shs | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 902. --Merck & Co | A | Dividend | J | T | | | | | |
| 903. --Microsoft Corp | A | Dividend | J | T | Sold (part) | 06/25/19 | J | A | |
| 904. --Mondelez Intl Inc Com | A | Dividend | J | T | Buy | 01/29/19 | J | | |
| 905. --Nextera Energy Inc | A | Dividend | J | T | | | | | |
| 906. --Northern Trust Corp | | None | J | T | Buy | 11/12/19 | J | | |
| 907. --Northrop Grumman Cp | | None | J | T | Buy | 12/10/19 | J | | |
| 908. --Packaging Corp Amer | A | Dividend | J | T | | | | | |
| 909. --Parker Hannifin Corp | A | Dividend | J | T | | | | | |
| 910. --Pepsico Inc Nc | A | Dividend | J | T | | | | | |
| 911. --Pfizer Inc | A | Dividend | J | T | Sold (part) | 08/20/19 | J | A | |
| 912. | | | | | Sold (part) | 09/17/19 | J | A | |
| 913. --Philip Morris Intl Inc | A | Dividend | J | T | | | | | |
| 914. --PNC Finl Svcs Gp | A | Dividend | J | T | | | | | |
| 915. --Principal Finl Group Inc | A | Dividend | J | T | | | | | |
| 916. --Procter & Gamble | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 917. --Public Storage | A | Dividend | | | Sold | 11/26/19 | J | A | |
| 918. --Sonoco Procucts Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. --Suncor Energy Inc | A | Dividend | J | T | | | | | |
| 920. --T Rowe Price Group Inc | A | Dividend | J | T | | | | | |
| 921. --Target Corporation | A | Dividend | J | T | Buy | 07/23/19 | J | | |
| 922. --Texas Instruments | A | Dividend | J | T | | | | | |
| 923. --Tjx Cos Inc New | A | Dividend | J | T | | | | | |
| 924. --Truist Finl Corp (name change from BB&T Corp) | A | Dividend | J | T | | | | | |
| 925. --U S Bancorp Com New | A | Dividend | J | T | | | | | |
| 926. --Union Pacific Corp | A | Dividend | J | T | | | | | |
| 927. --United Parcel Ser Inc Cl-B | A | Dividend | J | T | Buy | 03/25/19 | J | | |
| 928. --Unitedhealth Gp Inc | A | Dividend | J | T | | | | | |
| 929. --Valero Energy Cp Dela New | A | Dividend | J | T | | | | | |
| 930. --Verizon Communications | | None | J | T | Buy | 10/29/19 | J | | |
| 931. --Walmart Inc | A | Dividend | J | T | | | | | |
| 932. --Walt Disney Co Hldg Co | A | Dividend | J | T | | | | | |
| 933. --Waste Mgmt Inc | A | Dividend | J | T | | | | | |
| 934. --Wec Energy Group Inc Com | A | Dividend | J | T | | | | | |
| 935. --Wells Fargo & Co New | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 936. --Xcel Enery Inc | A | Dividend | J | T | | | | | |
| 937. -Preferred Stocks: | | | | | | | | | |
| 938. --Aegon Nv 6.3750% Series | A | Dividend | | | Redeemed | 12/15/19 | J | | |
| 939. --Aegon Nv 6.5000 Series | A | Dividend | | | Redeemed | 06/17/19 | J | | |
| 940. --Aegon Nv Series 1 | A | Dividend | J | T | | | | | |
| 941. --Agnc Invt Corp Cum | A | Dividend | J | T | Buy<br>(add'l) | 08/21/19 | J | | |
| 942. --Air Lease Corp Non Cum | A | Dividend | J | T | Buy | 02/27/19 | J | | |
| 943. --Allstate Corp 5.100 H | A | Dividend | J | T | Buy | 08/05/19 | J | | |
| 944. --Allstate Corp 6.625%-E | A | Dividend | | | Redeemed | 12/15/19 | J | | |
| 945. --Amer Eq Inv Hldg Co 5.95%-A | | None | J | T | Buy | 11/18/19 | J | | |
| 946. --Amer Homes 4 Rent 6.35% Ser-E | A | Dividend | J | T | | | | | |
| 947. --Amer Homes 4 Rent 6.25%-H (X) | A | Dividend | J | T | | | | | |
| 948. --Amtrust Finl Serv Inc 6.95 S-F | | | | | Sold | 01/23/19 | J | | |
| 949. --Annaly Cap Mgmt 6.95%-F (X) | A | Dividend | J | T | | | | | |
| 950. --Annaly Cap Mgmt Inc Pfd Ser I | A | Dividend | J | T | Buy | 06/25/19 | J | | |
| 951. | | | | | Buy<br>(add'l) | 09/12/19 | J | | |
| 952. --Arch Cap Group Ltd 5.25 | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. --Arch Cap Group Ltd 5.45%-F (X) | A | Dividend | J | T | | | | | |
| 954. --Aspen Insurance Hldg Ltd 5.95% | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 955. --Aspen Insurance Holdings 5.625 | A | Dividend | J | T | | | | | |
| 956. --Athene Holding Ltd 5.625 Ser-B | A | Dividend | J | T | Buy | 09/19/19 | J | | |
| 957. --Athene Holding Ltd 6.35 Ser A | A | Dividend | J | T | Buy | 06/07/19 | J | | |
| 958. --Axa Equitable Hldg Inc 5.25%-A | | None | J | T | Buy | 11/21/19 | J | | |
| 959. --Banco Santander Sa Gtd Secs 6 | A | Dividend | J | T | Buy (add'l) | 09/17/19 | J | | |
| 960. --Bank of America Co 5.00 Ser LL | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 961. --Bank of America Corp 6%-GG | A | Dividend | J | T | | | | | |
| 962. --Bank of America Corp 6.2%-CC | A | Dividend | J | T | | | | | |
| 963. --Bank of America Corp 6.5%-Y | A | Dividend | J | T | | | | | |
| 964. --Bank of America Corp 6.625%-W | A | Dividend | | | Redeemed | 09/19/19 | J | | |
| 965. --Capital One Financial 5%-I Prf | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 966. --Capital One Finl Corp 6.70%-D | A | Dividend | | | Redeemed | 12/02/19 | J | | |
| 967. --Charles Schwab Corp 5.95%-D | A | Dividend | J | T | | | | | |
| 968. --Chs Inc (CHSCM) | A | Dividend | J | T | | | | | |
| 969. --Chs Inc (CHSCN) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970.  --Chs Inc/Red Pfd Cl B S 4 | A | Dividend | J | T | | | | | |
| 971.  --Citigroup Inc 6.3%-S | A | Dividend | J | T | | | | | |
| 972.  --Citigroup Inc 6.875%-K | A | Dividend | J | T | | | | | |
| 973.  --Citigroup Inc 7.125%-J | A | Dividend | J | T | | | | | |
| 974.  --Citizens Fin Group 6.35%-D | A | Dividend | J | T | Buy | 01/23/19 | J | | |
| 975.  --Colony Cap 7.125% Cum J | A | Dividend | J | T | | | | | |
| 976.  --Digital Realty Trst 5.850%-K | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 977.  --Digital Realty Trust 7.375%-H | A | Dividend | | | Redeemed | 04/01/19 | J | | |
| 978.  --Digital Rlty Tr Inc Red Ser C | A | Dividend | J | T | | | | | |
| 979.  --Digital Rlty Tst Inc 5.20%SerL | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 980.  --Duke Energy Corp 5.75%-A | A | Dividend | J | T | Buy | 03/27/19 | J | | |
| 981.  --Enstar Group Ltd 7% | A | Dividend | J | T | | | | | |
| 982.  --F N B Corp Fla Dep Shs Repstg | A | Dividend | J | T | | | | | |
| 983.  --Farmland Partners Inc 6%-B | A | Dividend | J | T | | | | | |
| 984.  --Fifth Third Bancorp 6.625%-I | A | Dividend | J | T | Sold (part) | 09/23/19 | J | A | |
| 985.  --Goldman Sachs Group Inc 6.3%-N | A | Dividend | J | T | | | | | |
| 986.  --Goldman Sachs Group Pfd D | A | Dividend | | | Sold | 01/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. --Goldman Sachs Grp Inc 5.50%-J | A | Dividend | J | T | | | | | |
| 988. --Goldman Sachs Grp Inc 6.375%-K | A | Dividend | J | T | | | | | |
| 989. --Huntington Bancshares 6.25%-D | A | Dividend | J | T | | | | | |
| 990. --Jpmorgan Chase & Co 6.1%-AA | A | Dividend | J | T | Buy (add'l) | 12/24/19 | J | | |
| 991. --Jpmorgan Chase & Co 6.3%-W | A | Dividend | | | Redeemed | 09/07/19 | J | | |
| 992. --Keycorp 6.125% Ser-E | A | Dividend | J | T | | | | | |
| 993. --Morgan Stanley 5.85%-K | A | Dividend | J | T | | | | | |
| 994. --Morgan Stanley 6.375%-I | A | Dividend | J | T | | | | | |
| 995. --Morgan Stanley 6.875%-F | A | Dividend | J | T | | | | | |
| 996. --Morgan Stanley 7.125%-E | A | Dividend | | | Sold | 08/21/19 | J | | |
| 997. --Morgan Stanley Ser-A | A | Dividend | | | Sold | 02/13/19 | J | | |
| 998. --National Retail Prop 5.70%-E | A | Dividend | | | Redeemed | 10/05/19 | J | A | |
| 999. --New York Cmnty Bc Inc Ser A | A | Dividend | J | T | | | | | |
| 1000. --Nisource Inc 6.5% Ser B | A | Dividend | J | T | | | | | |
| 1001. --Parnerre Ltd 7.25% Red Ser H | A | Dividend | J | T | | | | | |
| 1002. --Peoples United Fin Inc Ser A | A | Dividend | J | T | | | | | |
| 1003. --Pnc Finl-P 6.125% Flts | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1004. --Regions Financial Co 6.375%-B | A | Dividend | J | T | | | | | |
| 1005. --Sce Trust V 5.45%-K | A | Dividend | J | T | | | | | |
| 1006. --State St Co 5.90%-D | A | Dividend | J | T | | | | | |
| 1007. --State Street Corp 5.350%-G | A | Dividend | J | T | | | | | |
| 1008. --Stifel Financial Corp 6.25% | A | Dividend | J | T | | | | | |
| 1009. --The Hartford Fin Ser6.0 (X) | A | Dividend | | | | | | | |
| 1010. --Two Harbors Invstmnt C 7.25%-C | A | Dividend | J | T | | | | | |
| 1011. --US Bancorp-F 6.5% Flts | | None | | | Sold | 06/04/19 | J | | |
| 1012. --Valley Natl Bancorp Ser-A | A | Dividend | J | T | | | | | |
| 1013. --Vereit Inc Pfd Ser F | A | Dividend | J | T | | | | | |
| 1014. --Wells Fargo & Company 6.625%-R | A | Dividend | J | T | | | | | |
| 1015. --Wells Fargo 5.85-Q | A | Dividend | J | T | | | | | |
| 1016. --Wintrust Financial Corp | A | Dividend | J | T | | | | | |
| 1017. --Zions Bancorp Na 6.3000% Srs G | A | Dividend | J | T | | | | | |
| 1018. -Fixed Rate Capital Securites | | | | | | | | | |
| 1019. --Brightsphere Inves 5.125 Nt 31 (name change, prev listd Pref Stock) | A | Interest | J | T | | | | | |
| 1020. --GMAC Cap Trust I 8.125% | A | Interest | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1021. --Citigroup Capt XIII 7.875% | A | Interest | J | T | | | | | |
| 1022. --Hartford Finl Svc Grp 7.875% | A | Interest | J | T | Sold<br>(part) | 06/03/19 | J | A | |
| 1023. --Reinsurance Group of America Inc | A | Interest | J | T | | | | | |
| 1024. --Nustar Logistics Lp 7.625% | A | Interest | J | T | | | | | |
| 1025. --Apollo Investment Corp 6.875% | A | Interest | | | Redeemed | 08/12/19 | J | | |
| 1026. --Global Indemnity Limited 7.875% | A | Interest | J | T | | | | | |
| 1027. --Aegon Fundning Corp LLC 5.10% Notes 49 | A | Interest | J | T | Buy | 10/17/19 | J | | |
| 1028. --Allstate Corp 5.1% | A | Interest | J | T | | | | | |
| 1029. --Quest Corp 6.875% | A | Interest | J | T | | | | | |
| 1030. --Amtrust Financial Services Inc 7.50% | | None | | | Sold | 01/23/19 | J | | |
| 1031. --Qwest Corp 6.625% | A | Interest | J | T | | | | | |
| 1032. --Ebay Inc 6% | A | Interest | J | T | | | | | |
| 1033. --Berkley (Wr) Corp | A | Interest | J | T | | | | | |
| 1034. --Globe Life Inc 6.125 (name change from Torchmark Corp) | A | Interest | J | T | | | | | |
| 1035. --Reinsurance Grp of America | A | Interest | J | T | Sold<br>(part) | 08/26/19 | J | A | |
| 1036. --Western Alliance Bancorporation 6.25% | A | Interest | J | T | | | | | |
| 1037. --Qwest Corp 6.5% | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1038. --Affiliated Managers Group Inc 5.875% | A | Interest | J | T | Buy | 03/25/19 | J | | |
| 1039. --Telephone & Data Systems | A | Interest | J | T | | | | | |
| 1040. --United States Cellular Corp 7.25% | A | Interest | J | T | | | | | |
| 1041. --AT&T Inc 5.625% | A | Interest | J | T | | | | | |
| 1042. --Enbridge Inc 6.375%-B | A | Interest | J | T | | | | | |
| 1043. --CMS Energy Corp 5.875% | A | Interest | J | T | Buy | 02/07/19 | J | | |
| 1044. --Nextera Energy Capital Holdings Inc.<br>5.65% | A | Interest | J | T | Buy | 03/08/19 | J | | |
| 1045. --Algonquin Pwr & Utils Corp A | A | Interest | J | T | Buy | 05/21/19 | J | | |
| 1046. --South Jersey Industries Inc 5.6250% | A | Interest | J | T | Buy | 09/12/19 | J | | |
| 1047. --Assured Guarnty Muni Hldgs Inc Nt Mty | A | Interest | J | T | | | | | |
| 1048. TRUST #7 (MS Brokerage Account ) (H) | | | | | | | | | |
| 1049. -MS Bank Account | A | Interest | J | T | | | | | |
| 1050. -Common Stocks | | | | | | | | | |
| 1051. --Alibaba Group Holdg Ltd | | None | K | T | | | | | |
| 1052. --Mobileye N.V. | | None | J | T | | | | | |
| 1053. --Tencent Hldgs Ltd Unspon Adr | A | Dividend | J | T | | | | | |
| 1054. -Preferred Stocks | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. --Citigroup Inc 6.875% | B | Dividend | K | T | | | | | |
| 1056. --Fifth Third Bancorp 6.625%-I | B | Dividend | K | T | | | | | |
| 1057. --Wells Fargo & Company 6.625% | B | Dividend | K | T | | | | | |
| 1058. -Exchange-Traded & Closed-end Funds | | | | | | | | | |
| 1059. --SPDR S&P 500 Etf Trust | A | Dividend | K | T | | | | | |
| 1060. -Corporate Bonds: | | | | | | | | | |
| 1061. --Bank of America 6.1% | C | Dividend | L | T | | | | | |
| 1062. --Citigroup Inc 5.95% | D | Dividend | M | T | | | | | |
| 1063. --Etrade Financial Corp 5.875% | C | Dividend | K | T | | | | | |
| 1064. --JP Morgan Chase & Co 6.12% Fixed to Float 4/30/2024 | C | Dividend | K | T | | | | | |
| 1065. --Altria Group Inc | A | Interest | | | Redeemed | 08/06/19 | J | | |
| 1066. --General Elec Cap Corp | B | Interest | K | T | | | | | |
| 1067. --Goldman Sachs Group Inc | B | Interest | K | T | | | | | |
| 1068. --Hewlett Packard Co | B | Interest | K | T | | | | | |
| 1069. -Other Fixed Income: | | | | | | | | | |
| 1070. -Countrywide Alternative Loan Trust | A | Interest | J | T | | | | | |
| 1071. -JP Morgan Mortgage Trust | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1072. -Government Securities: | | | | | | | | | |
| 1073. --FNR 2009-19 TD | A | Interest | J | T | | | | | |
| 1074. --FHR 3249 CB | A | Interest | J | T | | | | | |
| 1075. -Mutual Funds: | | | | | | | | | |
| 1076. -- Invesco Oppenheimer SR Floating Rate (prev listd as Oppenheimer...) | C | Dividend | L | T | Sold (part) | 12/06/19 | L | | |
| 1077. --MSIF Global Franchise A | A | Dividend | K | T | Buy | 09/26/19 | K | | |
| 1078. | B | Distribution | | | | | | | |
| 1079. -Equity Trusts | | | | | | | | | |
| 1080. --Unit First Trust Value Line Target Safety 30 1Q18 | | None | | | Sold | 03/15/19 | L | | |
| 1081. --Unit First Trust Value Line Target Safety 30 1Q19 | B | Dividend | K | T | Buy | 03/15/19 | K | | |
| 1082. | | | | | Sold (part) | 12/06/19 | K | C | |
| 1083. --Unit First Trust Target Global Dividend Leaders 3Q18 | B | Int./Div. | | | Sold | 09/25/19 | K | | |
| 1084. TRUST #8 (MS Brokerage Account ) (H) | | | | | | | | | |
| 1085. -MS Bank Account | A | Interest | K | T | | | | | |
| 1086. -Common Stocks | | | | | | | | | |
| 1087. --Boeing Co | A | Dividend | K | T | Buy | 03/15/19 | K | | |
| 1088. -Mutual Funds | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1089. --Blackrock Health Sci Ptf A | A | Dividend | L | T | | | | | |
| 1090. | B | Distribution | | | | | | | |
| 1091. --John Hancock Intl Growth C Mutual Fund | | None | L | T | | | | | |
| 1092. --MFS Growth A | | None | K | T | Buy | 12/31/19 | K | | |
| 1093. --MSIF Global Opportunity PTF A Mutual Func | | None | L | T | | | | | |
| 1094. -Equity Trusts | | | | | | | | | |
| 1095. --Unit First Value Line Target Safety 30 3Q18 | A | Dividend | | | Sold | 09/13/19 | K | C | |
| 1096. --Unit First Value Line Target Safety 30 3Q19 | A | Dividend | L | T | Buy | 09/13/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sammartino, Janis L.** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis L. Sammartino**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544